UNITED STATES DISTRICT COURT

for the

_____3_____ District of _____

_____ Division

Joshua Anthony Jones
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Department of Defense / Central Intelligence Agency
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23-CV-1969
(to be filled in by the Clerk's Office)

FILED
HARRISBURG, PA

NOV 29 2023

PER _____
DEPUTY CLERK

COMPLAINT AND REQUEST FOR INJUNCTION

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Joshua Anthony Jones |
| Street Address | 17 Pleasant St |
| City and County | New Oxford Adams |
| State and Zip Code | PA 17350 |
| Telephone Number | 667 298 9531 |
| E-mail Address | whitecoak752@gmail.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: Central Intelligence Agency
Job or Title (if known):
Street Address: 1000 Colonial Farm Rd
City and County: Langley, Fairfax County
State and Zip Code: VA 22101
Telephone Number: 703 482 0500
E-mail Address (if known):

Defendant No. 2

Name: Department of Defense
Job or Title (if known):
Street Address: 4000 Defense Blvd, 4
City and County:
State and Zip Code: Washington DC 20301
Telephone Number: 703 545 6700
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.      If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

B.      If the Basis for Jurisdiction Is Diversity of Citizenship

1.      The Plaintiff(s)

a.      If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.      If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual
The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

There Have been numerous places of Residence + of work where these events have happended I Am only putting primary places of Residence at this time due to the amount of time these events have occured + places

17 Pleasant St., New Oxford, PA 17350  7/5/2022-Present  101 E. Maust., Stevensville MD 21666

26941 Marydel RD, Marydel, MD 21649  10/2016 - Various Dates

B.  What date and approximate time did the events giving rise to your claim(s) occur?

10/2010 - Present    24/7 hours and days

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please See Attached

IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Please See Attached

V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Court ordered Restraining orders on the Central Intelligence Agency & Department of Defense, Due to possible negligance By Both. Please See Title 50 Chapter 46 SS 3513B & 3524-3525

Please See Attached For Additional Relief

III C. Complaint and Request for Injunction

I have sent cease and desist notices, that are reasonable when respected. Regarding my Protected Constitutional freedoms being violated, these cease and desist ls were violated on and after October 24th 2023. But before this federal law was broken with unconsented human experimentation Regarding neural nanotechnology, was some how intravenously put un to my body during a medical procedure over a year ago, as apart of Department of Defense, Brain Initiative, called the N3 Program, the Central Intelligence Agency has since tried to cover up any wrong doing by attempting to brainwash me with such technology. As well as spreading defamatory statements about me around my place of residence and work places, causing a great deal of unwanted harassment, while using this advanced technology, Freedom of information act requests have been filed to gain more information into these acts. I have hardships gaining employment and holding employment due to these cover up coercion tactics and strategies by the Central Intelligence Agency, and the Department of Defense. Witnesses of such conduct would be employees past and present of the Central Intelligence Agency, and of Department of Defense, possibly others that are unknown at this time.

Complaint and Request for Injunction

IV Irreparable Injury

I am unable to gain or hold employment due to defamatory statements and harassing activities using members of the public who are not aware of the situation. Because of such I am unable to keep up with bills, maintain a normal Americans quality of life such as groceries, internet and cellphone services, and other daily expenses of modern life or afford medical assistance.

VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/29/2023

Signature of Plaintiff
Printed Name of Plaintiff   Joshua Anthony Jones

B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address