IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSHUA ANTHONY JONES,** | : CIVIL ACTION NO. 1:23-CV-1969 |
| : | |
| Plaintiff | : (Judge Conner) |
| : | |
| v. | : |
| : | |
| **DEPARTMENT OF DEFENSE and** | : |
| **CENTRAL INTELLIGENCE AGENCY,** | : |
| : | |
| Defendants | : |

### ORDER

AND NOW, this 14th day of June, 2024, upon consideration of the report (Doc. 19) of Chief Magistrate Judge Joseph F. Saporito, Jr., wherein Judge Saporito recommends that the court dismiss the above-captioned case for failure to timely perfect service under Federal Rule of Civil Procedure 4(m), and the court noting that *pro se* plaintiff Joshua Jones has filed an affidavit (Doc. 20), in which he baldly asserts that "[a]ny appropriate documents or papers were received to and by the court before May 6th 2024," which the court construes as an objection to the report, see FED. R. CIV. P. 72(b)(2), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d Cir. 1987)), and the court finding Chief Judge Saporito's analysis to be well-reasoned and fully supported by the applicable law, and Jones's objection to be without merit, inasmuch as Chief Judge Saporito twice extended the time Jones had to perfect service and, in doing so, explained to Jones why his informal

methods at service fell short, (see Docs. 13, 15; see also Doc. 19 at 1-7), and because Jones's objection in the form of a one-page affidavit contains no supporting documentation and thus fails to establish that he satisfied service in this case by any of the methods authorized by the Federal Rules of Civil Procedure, but merely relies upon the same declarations (Docs. 17, 18) by private process servers that Chief Judge Saporito correctly explained were insufficient to demonstrate defendants properly were served, (see Doc. 19 at 5-7), it is hereby ORDERED that:

1. Chief Magistrate Judge Saporito's report (Doc. 19) is ADOPTED.

2. Jones's complaint (Doc. 1) is DISMISSED without prejudice for failure to timely perfect service under Federal Rule of Civil Procedure 4(m).

3. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania